IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| METROPCS COMMUNICATIONS, INC., et al., § § § Plaintiffs, § § VS. § § LEAP WIRELESS INTERNATIONAL, INC., et al., § § § Defendants. § | Civil Action No. 3:06-CV-1399-D |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that this action is dismissed without prejudice.

Taxable costs of court, as calculated by the clerk of court, are assessed against plaintiffs.

Done at Dallas, Texas January 23, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE